ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

-----------------------------------------------------------------

MEG KETTELL,

                    **Plaintiff,**             **08 Civ. 0052 (HB)**

        -against-                **ORDER**

**SUZANNE M. HALL a/k/a**
**SUSAN HALL, d/b/a**
**CRIMSON MOON PRODUCTIONS,**

                 **Defendant.**
-----------------------------------------------------------------

### Hon. HAROLD BAER, JR., District Judge:

On January 14, 2008, Plaintiff Meg Kettell ("Plaintiff") moved by order to show cause for a temporary restraining order restraining Defendant Suzanne Hall ("Defendant"), and anyone acting in concert with her, from removing from this district any tapes containing footage shot by Plaintiff and other relief. The order to show cause was made returnable on January 18, 2008.

1.    IT IS ORDERED that Defendant Hall, and anyone acting in concert with her having notice of this order, is temporarily restrained and enjoined from removing from this district any tapes containing footage shot by Kettell in connection with two documentary films, *i.e.*, "Pearl Principle" and a trailer referred to by the parties as the "Mexico Project," and from altering said tapes in any way, and an affidavit by Defendant to that effect is attached as Exhibit A;

2.    IT IS FURTHER ORDERED that Plaintiff Kettell, and anyone acting in concert with her having notice of this order, is temporarily restrained and enjoined from removing from this district any tapes relating to any film projects that are the subject of this dispute and from altering said tapes in any way, and an unnotarized affidavit by Plaintiff to that effect is attached as Exhibit B; and

3.    IT IS FURTHER ORDERED that a hearing on the plaintiff's motion for a preliminary injunction is scheduled for Monday, March 3, 2008 at 9:30 a.m. in Courtroom 23A.

    **SO ORDERED**

    New York, New York
    January 16, 2008

                            Honorable Harold Baer, Jr.

Suzanne Hall, being duly sworn deposes and states:

I will be Traveling to San Francisco on 2/5/08 and will be returning to New York on 2/8/08 .

I am not in possession of the 55 tapes turned over to my former attorney and I am not in possession of any Tapes, films or digital matter filmed for the Mexico City project. I will not remove any of the above, whether in my possession or not, from New York until a hearing and determination on this injunction.

_____
SUZANNE HALL

Sworn to before me
This 18th day of

I, Meg Kettell, do not have in my possession any original footage or tapes regarding the "Pearl Project" o "Mexico Project".

I state, under penalty of perjury, that I will not edit, alter or remove any copies of the footage in question from this courts jurisdiction until this matter is resolved.

M. Kettell

MEG KETTELL

(C) 646·489·3566