UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MEG KETTELL,

              Plaintiff,

   -against-

SUZANNE M. HALL a/k/a
SUSAN HALL, d/b/a
CRIMSON MOON PRODUCTIONS,

              Defendant.
------------------------------------------------------x

08 Civ. 0052 (HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS, on January 15, 2008, the plaintiff filed with this Court an Order to Show Cause; and

    WHEREAS, on January 17, 2008, the defendant filed an affidavit in opposition to the Order to Show Cause; and

    WHEREAS, in a letter dated January 29, 2008 to this Court, the defendant states that exhibits to the defendant's affidavit contain personal and confidential information that should have been redacted before filing and requests that those exhibits be filed under seal; it is hereby

    ORDERED that the Clerk of the Court shall seal the Exhibits provided by Suzanne Hall in Document #7 on the docket sheet, filed January 17, 2008.

**SO ORDERED.**

February ___, 2008
New York, New York

                                         _____
                                                U.S.D.J.

*(Electronically filed stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 2/7/08)*