UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MEG KETTELL,                          :
                                      :    08 Civ. 0052 (HB)
          **Plaintiff,**           :
                                      :    **ORDER**
  -against-                          :
                                      :
SUZANNE M. HALL a/k/a                 :
SUSAN HALL, d/b/a                     :
CRIMSON MOON PRODUCTIONS,             :
                                      :
          **Defendant.**           :
------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS on February 28, 2008, the parties and I met in my Chambers with respect to several concerns and this Order follows the resolution of those concerns, it is hereby

    ORDERED that the Temporary Restraining Order entered January 18, 2008 is lifted *sine die*; and it is further

    ORDERED that the preliminary injunction hearing scheduled for March 3, 2008, is hereby canceled; and it is further

    ORDERED that the Pearl Project tapes at issue in this case shall remain in the possession of Daniel Blumenstein, Esq., until removed by a bonded messenger satisfactory to both parties and on notice to Mr. Blumenstein for the sole purpose of delivery to a video forensics expert on whom the parties agree or whom I have approved; and it is further

    ORDERED that, by March 12, 2008, the defendant shall provide plaintiff and the Court the *curriculum vitae*, credentials and methodology proposed to be used by defendant's video forensics expert in analyzing the Pearl Project tapes that are in the possession of Daniel Blumenstein, Esq.; and it is further

    ORDERED that, by March 17, 2008, the plaintiff shall provide defendant and the Court with any objections to the defendant's expert; and it is further

    ORDERED that, by March 7, 2008, the plaintiff shall file with the Court and serve on the defendant and defendant's attorney her Second Amended Complaint; and it is further

    ORDERED that, by March 20, 2008, the defendant shall file with the Court and serve on the plaintiff her Answer to the Second Amended Complaint; and it is further

    ORDERED that, by March 31, 2008, the plaintiff shall file with the Court and serve on the defendant her answer to any counterclaim raised by the defendant; and it is further

ORDERED that, should the parties desire to submit this dispute to mediation before me, they shall call my law clerk, Anna Gercas, to schedule a date and each party shall submit to me a two- to three-page *ex parte* letter outlining her position and her settlement demand, whether in dollars or otherwise, at least 3 business days prior to the mediation; and it is further

ORDERED that further conferences with me may be by telephone if either party so requests.

**SO ORDERED.**

February 29, 2008
New York, New York

_____
U.S.D.J.

2