SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Meg Kettell,
                    Plaintiff,

        -against-

Suzanne M. Hall,
                    Defendant.
-----------------------------------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 52 (HB)(DE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | | |
| | | | All such motions: ___ |

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
                2/29/08

                                    _____
                                    United States District Judge

Revised: 8/29/05