USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

Jeffrey C. Ruderman
email: jruderman@csglaw.com
Admitted NY, NJ and CT

March 12, 2008

RECEIVED
MAR 12 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

Via Facsimile (212) 805-7901

Hon. Harold Baer, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kettell v. Hall, Docket No. 08 civ 52

Dear Honorable Sir:

This firm represents defendant Suzanne Hall in the above referenced action.

I write this letter in reply to plaintiff's letter of March 11, 2008 responding to my letter of March 7, 2008 in which I objected to plaintiff's consistent disregard of the rules of this Court and asked that appropriate rulings be made to curtail such actions.

In my March 7, 2008 letter I advised the Court that plaintiff added causes of action to her Second Amended Complaint beyond the one cause of action she represented that she sought to add and beyond that which the Court permitted her to add.

In response to my letter plaintiff makes an informal motion to establish the validity of the additional causes, yet noticeably fails to explain why she added those causes in the first place without the permission of the Court or why she never advised the Court that she sought to add these causes. While plaintiff had the right at any time to move before this Court seeking to add causes of action, she did not do so and chose instead to "slip in" these additional claims contrary to her previous representation and the Order of this Court.

As can been seen from the instant legal argument submitted by plaintiff, the memorandum of law in connection with the original Order to Show Cause, and plaintiff's own admission, plaintiff is using the services of an attorney to "assist" her in the case without his appearance. However, when it suits her, plaintiff disregards the rules of this Court to satisfy her own agenda. I respectfully suggest to the Court that this course of conduct is not acceptable.

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL.: (212) 661-6800 • FAX: (212) 661-5350
HACKENSACK, NJ

Page 2

As plaintiff's Second Amended Complaint, in its current form, was filed and served without the Order of the Court and the current "motion" is without procedural authority. I respectfully request that plaintiff's actions be addressed appropriately.

I thank the Court for its consideration in this regard.

Respectfully,

Jeffrey C. Ruderman

cc: Meg Kettell (Via Email)

3/17/08 — while it is true that the legal material submitted smacks of assistance from an attorney, the fact that relationship requires further investigation, which requires TT + which the TT is still styled as a pro se suit + the court shows no inclination to the advantage of the court. I am required to to show deference to a pro se suit + I will allow the 2d amended complaint + require a formal motion should the TT think to add a third — meanwhile, please answer + put in due shortly. If plaintiff's out for the 60 days allowed to provide answer or motion with this matter, he cannot opt out in the alternative w/ID. in the alternative w/ID

SO ORDERED
[signature]
USDJ

"up in mind that at the PTC on 3/12 + 3/17 dates were agreed to. I have received — to my knowledge — nothing from the side. If mistaken please call my clerk."

Endorsement: 3/17/08 While it is true that the legal material submitted smacks of assistance from an attorney and that relationship requires further investigation, the plaintiff is still styled as a pro se plaintiff, and while she may be taking advantage of the Court I am required to show deference to a pro se party, and I will allow the amended Complaint and require a formal motion should the plaintiff think to serve a third. Meanwhile there is no answer, and one is due shortly. Please provide one within the 20 days allowed so we can get on with the matter or in the alternative a motion to dismiss. Keep in mind too that at the PTC the 3/12 and 3/17 dates were agreed to. I have received - to my knowledge – nothing from either side. If mistaken please call my clerk.