# CYRULI SHANKS HART & ZIZMOR
### ATTORNEYS AT LAW



RECEIVED
MAR · 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Jeffrey C. Ruderman
jruderman@cszlaw.com
Admitted NY, NJ and CT

March 11, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

Via Facsimile (212) 805-7901

Hon. Harold Baer, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kettell v. Hall, Docket No. 08 civ 52

Dear Honorable Sir:

This firm represents defendant Suzanne Hall in the above referenced action.

Pursuant to the Order of this Court dated February 29, 2008 enclosed please find the *curriculum vitae* of James Reames of JBR Technology, Inc. Ms. Hall intends to engage Mr. Reames as a video forensic expert to analyze the Pearl Project tapes that are in the possession of Mr. Blumenstein to determine of they are original or copies and/or if they have been altered from their original content.

I have spoken to Mr. Reames with regard to preparing a letter of methodology. Unfortunately, he is away on business and will not be available to prepare such a letter until next week. As such, I respectfully request an extension to Thursday, March 20, 2008 to present the letter of methodology along with a corresponding extension to Tuesday, March 25, 2008 for plaintiff to note any objections.

Thank the Court for its consideration in this regard.

Respectfully,

Jeffrey C. Ruderman

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 3/17/08

cc: Meg Kettell (Via Email)

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350
HACKENSACK, NJ