

DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 5/14/08

"meg kettell" <megkettell@gmail.com>

05/09/2008 12:28 PM

To anna_gercas@nysd.uscourts.gov

cc jruderman@cszlaw.com

bcc

Subject Kettell v. Hall

Dear Honorable Judge Baer -

I have read Mr. Ruderman's additional claims. While I will not formally oppose the addition of these false and meritless claims, even at this late date, I will request that I be allowed appropriate time to file a reply to these new claims. Ms. Hall did not deliver any tapes to me for safekeeping at the time we left together for Mexico.

Additionally, I have emailed Mr. Ruderman twice seeking to find out his client's "findings" after the viewing of my hard drive at the Courthouse and I have received no reply. I would like to know Ms. Hall's current position as to the "damage" claim and whether it applies to the hard drive in the Court's possession. At present I am unclear as to what the next step in this process might be. Is Mr. Ruderman still seeking to have the tapes examined? When will that happen? How will they be shipped? Mr. Ruderman made it seem like an urgent matter, and yet weeks have passed with no information and no further talk of settlement.

Respectfully,

Meg Kettell

CC: Mr. Ruderman

As to #1 there is now no objection to the Δ's CC + Ms Kettle has 20 days to reply. I have not seen any such pleadings but want to keep the ball moving lets start from 5/10 and any reply shall be due 5/30. As to the PTSO [illegible]

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 5/14/08

Endorsement:

As to #1 there is now no objection to the defendant's counterclaim and Ms. Kettle has 20 days to reply. I have not seen any such pleading but just to keep the ball moving let's start from 5/10 and any reply will be due 5/30. As to the PTSO Mr. Ruderman is to sign and return it before the end of this week or I will "so order" the dates myself if he fails to respond. The balance of the PTSO is in full force and effect. Consequently discovery will be concluded by August 29. As part of the discovery process, plaintiff and defendant will resolve issue #2 and if Mr. Ruderman fails to cooperate in the discovery process the plaintiff will move for sanctions pursuant to Rule 37 of the FRCP or any other apt section. In other words the plaintiff may want to promptly notice the defendant's deposition.