UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MEG KETTEL,

                           Plaintiff,        08 civ 00052 (HB) (DFE)

                                              CONSENT ORDER

   -against-

SUZANNE M. HALL a/k/a
SUSAN HALL, d/b/a
CRIMSON MOON PRODUCTIONS,

                        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

      This matter having been opened to the Court by defendant Suzanne M. Hall, for an Order pursuant to Local Civil Rule 1.4 relieving and discharging the firm of Cyruli Shanks Hart & Zizmor LLP as attorneys of record for defendant Suzanne M. Hall a/k/a Susan Hall, d/b/a Crimson Moon Productions, and permitting Suzanne M. Hall to appear Pro-Se for defendant Suzanne M. Hall a/k/a Susan Hall, d/b/a Crimson Moon Productions, for good cause shown:

      It is on this 31st day of July, 2008

      ORDERED that the firm of Cyruli Shanks Hart & Zizmor LL is hereby relieved and discharged as attorneys of record for defendant Suzanne M. Hall a/k/a Susan Hall, d/b/a Crimson Moon Productions and Suzanne M. Hall hereby appears Pro-Se for defendant Suzanne M. Hall a/k/a Susan Hall, d/b/a Crimson Moon Productions; it is further

      ORDERED that a copy of this Order is to be served upon all parties within two days of the receipt of this Order.

July 31, 2008

SO ORDERED:

~~HON. HAROLD BAER, JR., U.S.D.J.~~
DOUGLAS F. EATON
U.S. MAGISTRATE JUDGE

CONSENTED TO BY:

Suzanne M. Hall

Cyruli Shanks Hart & Zizmor LLP

By: Jeffrey C. Ruderman